FILED

04/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0663

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0663

STATE OF MONTANA,

     Plaintiff and Appellant,

v.

SKYLER L. GRIEBEL,

     Defendant and Appellee.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including May 31, 2024, within which to prepare, serve, and file its opening brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2024